IN THE UNITED STATES DISTRICT COURT
                       FOR THE WESTERN DISTRICT OF TENNESSEE
                                  EASTERN DIVISION

_____

| UNITED STATES OF AMERICA, | ) |                          |
|---------------------------|---|--------------------------|
|          Plaintiff,       | ) |                          |
| VS.                       | ) | CR. NO. 1:18-10041-STA   |
| JENNIFER LEE PEREZ,       | ) |                          |
|          Defendant.       | ) |                          |

_____

                           ORDER ON CHANGE OF PLEA
                             AND NOTICE OF SETTING
_____

      This cause came to be heard on February 1, 2019, Assistant United States Attorney Jerry Kitchen, appearing for the Government and the defendant, Jennifer Lee Perez, appearing in person, and with counsel, Juni Ganguli.

      With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

      A basis in fact having been established, the Court accepted the guilty plea.

      **SENTENCING** in this case is **SET** for **TUESDAY, MAY 7, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

      Defendant to remain released on present bond.

      **ENTERED** this the 1st day of February, 2019.

                                                                            s/ S. Thomas Anderson
                                                                   CHIEF JUDGE, U. S. DISTRICT COURT